**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Pius K. Juwle                                          CHAPTER 13

Debtor(s)

BKY. NO. 25-13365 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC. and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
29 Aug 2025, 12:23:42, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322