L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  : Chapter 13
Pius K. Juwle

  :

Debtor  : Bky. No. 25-13365

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, **David B. Spitofsky, Esquire**, certify that on **November 6, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Schedules A/B and C

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: November 6, 2025

/s/ David B. Spitofsky, Esquire
David B. Spitofsky, Esquire 55151
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401
610-272-4555
spitofskylaw@verizon.net

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Via: ☑ CM/ECF ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Via: ☑ CM/ECF ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

Chrisovalante P. Fliakos, Esquire
Leopold & Associates, PLLC
275 Curry Hollow Road
Building 1, Suite 280
Pittsburgh, PA 15236
Relationship of Party
Via: ☐ CM/ECF  ☑ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
    ☐ Other:

**Lakeview Loan Servicing, LLC**
**c/o LoanCare, LLC**
**3637 Sentara Way**
**Virginia Beach, VA 23452**
Relationship of Party
Via:   ☐ CM/ECF   ☑ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Matthew Fissel, Esquire**
**KML Law Group, P.C.**
**BNY Mellon Independence Center**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**
Relationship of Party
Via:   ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**OneMain Financial Group, LLC**
**P.O. Box 3251**
**Evansville, IN 47731-3251**
Relationship of Party
Via:   ☐ CM/ECF   ☑ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**U.S. Department of Education**
**c/o Nelnet**
**121 South 13th Street**
**Lincoln, NE 68508**
Relationship of Party
Via:   ☐ CM/ECF   ☑ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Wilmington Savings Fund Society, FSB**
**c/o Aspen Properties Group, LLC**
**1221 W. 103rd Street, #108**
**Kansas City, MO 64114**
Relationship of Party
Via:   ☐ CM/ECF   ☑ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: