

Cavalry Portfolio Services, LLC
P.O Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

November 6, 2025

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

# **WITHDRAWAL OF CLAIM**

Re: Pius K Juwle

Case #: 25-13365

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim #18-1, claim amount $439.22 filed 11/03/2025.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Stephen Gordon
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Kenneth E West, Chapter 13 Trustee

David B Spitofsky., Attorney for Debtor