United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Pius K. Juwle  
    Debtor

Case No. 25-13365-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 22, 2026      Form ID: 155      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pius K. Juwle, 115 Abbey Terrace, Drexel Hill, PA 19026-2041 |
| 15042847 | + | American Student Assistance, Attn: Bankruptcy, 33 Arch Street, Suite 2100, Boston, MA 02110-1442 |
| 15042850 | + | Chrisovalante P. Fliakos, Esquire, Leopold & Associates, PLLC, 275 Curry Hollow Road, Building 1, Suite 280, Pittsburgh, PA 15236-4655 |
| 15045533 | + | Lakeview Loan Servicing, LLC., c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15053587 | + | Wilmington Savings Fund Society, FSB, not in its, 1221 W 103rd Street #108, Kansas City, MO 64114-4512 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15042845 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 23 2026 00:51:45 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Fl. 12, San Francisco, CA 94108-2716 |
| 15057366 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:31 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15042846 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:37 | Ally Credit Card/CWS, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15065382 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 00:51:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15042848 | + | Email/Text: bk@avant.com | Jan 23 2026 00:48:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15042852 | | Email/Text: cfcbackoffice@contfinco.com | Jan 23 2026 00:48:00 | Continental Finance Company, Attn: Bankruptcy, 4550 Linden Hill Road, Suite 4, Wilmington, DE 19808 |
| 15042849 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2026 00:51:37 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15068263 | + | Email/Text: bankruptcy@cavps.com | Jan 23 2026 00:48:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15042851 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 23 2026 00:48:00 | Concora Credit, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15042853 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 23 2026 00:48:00 | Credit Collections, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15042854 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 00:51:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 15042842 | ^ | MEBN | Jan 23 2026 00:46:43 | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 15042855 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 23 2026 00:48:00 | Dept Of Education/Nelnet, P.O. Box 82561, |

Case 25-13365-djb    Doc 31    Filed 01/24/26    Entered 01/25/26 00:39:31    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: 155 | Total Noticed: 40 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15042857 | | Email/Text: BNSFS@capitalsvcs.com | Jan 23 2026 00:48:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 15042856 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 23 2026 00:51:37 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15042844 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 23 2026 00:48:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15042858 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 23 2026 00:48:00 | Genesis FS Card Services, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 15058641 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15058923 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 15049410 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 00:51:38 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15065377 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 00:51:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15045169 | ^ | MEBN | Jan 23 2026 00:46:25 | Lakeview Loan Servicing, LLC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15042859 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 23 2026 00:48:00 | Loancare LlC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15060003 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15076619 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:38 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 15042860 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 23 2026 00:51:38 | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15048871 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 23 2026 00:48:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15053636 | + | Email/PDF: cbp@omf.com | Jan 23 2026 00:51:30 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15044229 | + | Email/PDF: cbp@omf.com | Jan 23 2026 00:51:30 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15042861 | + | Email/PDF: cbp@omf.com | Jan 23 2026 00:51:43 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15054051 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 00:48:00 | Premier Bankcard, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 15051019 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2026 00:48:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15049175 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 23 2026 00:48:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15042862 | + | Email/PDF: cbp@omf.com | Jan 23 2026 00:51:43 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15042863 | + | Email/Text: LMitchell@myfci.com | Jan 23 2026 00:48:00 | Wilmington Savings Fund Society, c/o FCI Lender Services, Inc., P.O. Box 28720, Anaheim, CA 92809-0157 |

Note: First row also contains "Lincoln, NE 68501-2561" as continuation of a prior address from previous page.

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: 155 | Total Noticed: 40 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15065383 | * | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15065378 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068488 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15042843 | *+ | Pius K. Juwle, 115 Abbey Terrace, Drexel Hill, PA 19026-2041 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Pius K. Juwle spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Pius K. Juwle )  Case No. 25−13365−djb
    )
    )
   Debtor(s). )  Chapter: 13
    )
    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 22, 2026                                           For The Court

                                                                                         Derek J Baker
                                                                                         Judge, United States Bankruptcy Court